**JUDGE BUCHWALD**

BLANK ROME, LLP
Attorneys for Plaintiff
GATEWAY INTERNATIONAL SHIPPING SA
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000
tbelknap@blankrome.com





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEWAY INTERNATIONAL SHIPPING SA,<br><br>     Plaintiff,<br><br>-against-<br><br>STONEBRIDGE OIL LTD. and STONEBRIDGE MARITIME SERVICES LIMITED,<br><br>     Defendants. | 08 Civ.<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff GATEWAY INTERNATIONAL SHIPPING SA, certifies that, according to information provided to counsel by its clients, GATEWAY INTERNATIONAL SHIPPING SA

900200.00001/6641891v.1

is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated: New York, New York
       May 29, 2008

                                    BLANK ROME, LLP
                                    Attorneys for Plaintiff
                                    GATEWAY INTERNATIONAL SHIPPING SA

                                    By _____
                                        Thomas H. Belknap, Jr. (TB-3188)
                                    The Chrysler Building
                                    405 Lexington Ave.
                                    New York, NY  10174-0208
                                    (212) 885-5000
                                    tbelknap@blankrome.com